IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3172 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT YOUNG, | ) | |
| | ) | TENTATIVE FINDINGS ON REVISED |
| Defendant. | ) | PRESENTENCE INVESTIGATION |
| | ) | REPORT |

    No statements indicating any objection to the Revised Presentence Investigation Report have been filed. Accordingly, I tentatively find that the Revised Presentence Investigation Report is true and accurate. Objections may be made at the time of the sentencing, but no evidence shall be received.

    Dated June 16, 2008.

                      BY THE COURT

                      s/   Warren K. Urbom
                      United States Senior District Judge