IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3172 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT YOUNG JR, | ) | ORDER ON ORAL MOTION TO |
| | ) | CONTINUE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

Counsel for the defendant has contacted my chambers and due to a conflict in his schedule, has requested the sentencing hearing for the defendant Robert Young, Jr. be continued. There being no objection from the government,

IT IS ORDERED that:

1. the oral motion to continue the sentencing hearing is granted;

2. the sentencing hearing shall commence at 1:30 p.m. on June 25, 2008, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated June 23, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge